**Ralph L. FULLER, Plaintiff—Appellant,**

v.

**Sam CAMUS, d/b/a United States Marshals Service, Premier Trends; United States of America, Defendants—Appellees,**

v.

**Brenda S. Hamilton, Clerk, Party in Interest.**

No. 05–1028.

United States Court of Appeals, Fourth Circuit.

Submitted June 30, 2005.

Decided July 20, 2005.

Ralph L. Fuller, Appellant pro se. John Weber, III, Weber Pearson P.C., Roanoke, Virginia, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ralph L. Fuller appeals the district court's orders granting the Government's motion to dismiss Fuller's civil action for lack of jurisdiction and denying his request to amend the court's judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fuller v. Camus,* No. CA–04–275–7 (W.D.Va. Oct. 27 and Nov. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*